**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 01-7473**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GUADELMIRO REYES LOPEZ, JR.,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge. (CR-99-38, CA-00-901-2)

―――――――――

Submitted: March 21, 2002          Decided: March 27, 2002

―――――――――

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Guadelmiro Reyes Lopez, Jr., Appellant Pro Se. James Ashford Metcalfe, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Guadelmiro Reyes Lopez, Jr. seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Lopez</u>, Nos. CR-99-38; CA-00-901-2 (E.D. Va. May 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2